**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AMY MAUER, individually and on behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:16-cv-01473 |
| AMERICAN INTERCONTINENTAL UNIVERSITY, INC., AIU ONLINE, LLC, EVEREST UNIVERSITY, EVEREST UNIVERSITY ONLINE, ZENITH EDUCATION GROUP, INC., ECMC GROUP, INC., & JOHN DOE CORPORATION, | ) | Honorable Sara L. Ellis |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Defendants American InterContinental University, Inc. and AIU Online, LLC, by and through their attorneys, respectfully submit this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2. The undersigned counsel of record hereby certifies as follows:

a) the parent corporation of AIU Online, LLC, is American InterContinental University, Inc., and no publicly held affiliates nor any publicly held corporation is a member of AIU Online, LLC; and

b) the parent corporation of American InterContinental University, Inc., is Career Education Corporation ("CEC"), and no publicly held affiliates nor any publicly held corporation, other than CEC, owns more than five percent (5%) of American InterContinental University, Inc.

Dated: March 11, 2016

AMERICAN INTERCONTINENTAL UNIVERSITY, INC. & AIU ONLINE, LLC

By: _/s/ Terance A. Gonsalves________
One of Their Attorneys

Terance A. Gonsalves
Carrie M. Stickel
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693
(312) 902-5200
(312) 902-1061 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of March 2016, a copy of the foregoing ***Corporate Disclosure Statement*** was filed via the court's CM/ECF system, which will send electronic notice to all counsel of record who have appeared in this case.

/s/__Terance A. Gonsalves______